UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES, et al., | No. 2:24-cv-01196-TLN-CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| SUTTER COUNTY SHERRIFF, et al., | |
| Defendants. | |

Plaintiffs Georgia Miles and Hiawatha Miles are proceeding without counsel in this action brought pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The complaint, however, has not been signed by both Plaintiffs. Plaintiff Georgia Miles is the only plaintiff who has signed the complaint. *See* ECF No. 1 at 7.

The Court cannot consider unsigned filings. Fed. R. Civ. Proc. 11(a) ("[e]very pleading [] must be signed [] by a party personally if the party is unrepresented"); *see also* Local Rule 131(b). The Court cannot consider Plaintiffs' complaint because Plaintiff Hiawatha Miles has not signed, and the Court is therefore required to strike the complaint. *See*, *e.g.*, *West v. Hulbert*, 2016 WL 2854416, at *1 (E.D. Cal. May 16, 2016) ("Because the Court cannot consider unsigned filings, the complaint must be STRICKEN").

Additionally, a civil action may not proceed without the submission of either the court filing fee or the grant of *in forma pauperis* status. 28 U.S.C. §§ 1914, 1915. Plaintiffs therefore

1

shall also file a motion seeking leave to proceed in forma pauperis or pay the court's filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' complaint (ECF No. 1) is STRICKEN from the record;
2. Within thirty (30) days from the date of service of this order, Plaintiffs must file a signed complaint and either file a motion seeking leave to proceed in forma pauperis or pay the court's filing fee for this action; and
3. Failure to comply with this order may result in the dismissal of this action.

Dated: 08/19/24

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, mile1196.24

2