UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES, et al., | No. 2:24-cv-01196-TLN-CKD (PS) |
| Plaintiffs, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| SUTTER COUNTY SHERRIFF, et al., | |
| Defendants. | |

Plaintiffs Georgia Miles and Hiawatha Miles are proceeding pro se in this action. On August 19, 2024, Plaintiffs' complaint was stricken from the record for failing to have the complaint signed by all Plaintiffs. (ECF No. 6.) Plaintiffs were ordered to file a signed complaint and either file a motion to proceed in forma pauperis or pay the court's filing fee within thirty (30) days. *Id*. at 2. That deadline has now passed, and Plaintiffs have neither filed a signed complaint nor filed a motion to proceed in forma pauperis or paid the filing fee. Plaintiffs were warned that "failure to comply with this order may result in the dismissal of this action." *Id*. at 2.

IT IS HEREBY ORDERED that Plaintiffs shall show cause, in writing, within 14 days, why their failure to comply with the Court's August 19, 2024, orders should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a signed complaint, along with a motion seeking leave to proceed in forma pauperis for each Plaintiff, or payment of the Court's filing fee, within this timeframe will serve as cause and will discharge this

1

order. If Plaintiffs fail to respond, the Court will recommend dismissal of this action pursuant to Local Rule 110.

Dated:  October 4, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, mile1196.24

2